**UNITED STATES of America, Plaintiff—Appellee,**

v.

**David W. MARIANI, Defendant— Appellant.**

**No. 04–30463.**

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 21, 2006.*

Filed Aug. 28, 2006.

Bernard F. Hubley, Esq., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Anthony R. Gallagher, Esq., Great Falls, MT, for Defendant–Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

## MEMORANDUM **

David W. Mariani appeals from the sentence imposed upon revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291. Because Mariani failed to object to his sentence, we review for plain error. *See United States v. Garcia,* 323 F.3d 1161, 1165 (9th Cir. 2003). We affirm.

Mariani contends that, upon revocation of his supervised release, the district court erred by imposing a sentence "greater than necessary" to address his violations. We disagree.

Because the district court considered factors recommended by Chapter 7 of the Guidelines Manual and because we are convinced that the sentence was not unreasonable, there was no error. *See United*

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

*States v. Plouffe,* 445 F.3d 1126, 1131 (9th Cir.2006).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.